IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CR451 |
| vs. ) | |
| ) | ORDER |
| GEORGE W. ROBINSON, ) | CONTINUING TRIAL |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

This matter is before the court on the defendant's Motion to Continue Trial [26]. For good cause shown, and upon the representation that there is no objection,

**IT IS ORDERED** that the motion to continue trial [26] is granted, as follows:

1. Trial of this matter is continued from **August 1, 2006 to September 19, 2006** before Judge Laurie Smith Camp and a jury.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **August 1, 2006 and September 19, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act due to defense counsel's scheduling conflicts and because failure to grant a continuance would deny counsel for the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) & (B).

3. Counsel for the United States shall confer with defense counsel and, no later than **September 12, 2006**, advise the court of the anticipated length of trial.

4. Defendant shall file a waiver of speedy trial in accordance with NECrimR 12.1 as soon as is practicable.

**DATED June 29, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**