# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 8:05CR451 |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **GEORGE W. ROBINSON,** | |
| **Defendant.** | |

This matter is before the Court on the Defendant's motion for a reduced sentence under crack cocaine Amendment 706 and supporting brief (Filing Nos. 79, 80) and the worksheet prepared by the Probation Office (Filing No. 77).

IT IS ORDERED that the government file a response to the Defendant's motion on or before September 18, 2008.

DATED this 18th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge